# FINANCIAL DISCLOSURE REPORT
## Nomination Report

Report required by the Ethics in Government Act of 1978, as amended (5 U.S.C. App. Sec. 101-111)

| erson Reporting (Last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| iriguez, Xavier | West. Dist. Texas | 05/05/2003 |

| itle (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5. Report Type (check type) | 6. Reporting Period |
|---|---|---|
| S. District Judge - Nominee | X Nomination, Date 05/01/2003 <br> ___ Initial ___ Annual ___ Final | 01/01/2002 to 03/31/2003 |

| Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 0 Convent Street, Suite 2200 <br><br> n Antonio, Texas 78205 | Reviewing Officer _____ Date _____ |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each section where you have no reportable information. Sign on the last page.

## POSITIONS (Reporting individual only; see pp. 9-13 of Instructions.)

☐ NONE (No reportable positions.)

| POSITION | NAME OF ORGANIZATION / ENTITY |
|---|---|
| Partner | Fulbright & Jaworski L.L.P. |
| Member, Bd. of Directors | San Antonio Area Foundation |

## AGREEMENTS (Reporting individual only; see pp. 14-16 of Instructions.)

☐ NONE (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 2003 | Fulbright & Jaworski L.L.P. Retirement Plan (to be paid out upon departure from firm) |

## NON-INVESTMENT INCOME (Reporting individual and spouse; see pp. 17-24 of Instructions.)

☐ NONE (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 2002 | Supreme Court of Texas | 95,210.90 |
| 2002 | Fulbright & Jaworski L.L.P. | 84,800.00 |
| 2003 | Fulbright & Jaworski L.L.P. | 104,000.00 |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

*(Includes those to spouse and dependent children. See pp. 25-27 of Instructions.)*

| | SOURCE<br>NONE (No such reportable reimbursements.) | DESCRIPTION |
|---|---|---|
| 1 | EXEMPT | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |

## V. GIFTS

*(Includes those to spouse and dependent children. See pp. 28-31 of Instructions.)*

| | SOURCE<br>NONE (No such reportable gifts.) | DESCRIPTION | VALUE |
|---|---|---|---|
| 1 | EXEMPT | | |
| 2 | | | |
| 3 | | | |

## VI. LIABILITIES

*(Includes those of spouse and dependent children. See pp 32-33 of Instructions.)*

| | CREDITOR<br>NONE (No reportable liabilities.) | DESCRIPTION | VALUE CODE* |
|---|---|---|---|
| 1 | Frost National Bank | Note - for payment of Fulbright Capital Account (to be paid upon closing of Fulbright Capital Account) | M |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |
| 6 | | | |

* VAL CODES: J=$15,000 or less    K=$15,001-$50,000    L=$50,001 to $100,000    M=$100,001-$250,000    N=$250,001-$500,000
0=$500,001-$1,000,000   P1=$1,000,001-$5,000,000   P2=$5,000,001-$25,000,000   P3=$25,000,001-$50,000,000   P4=$50,000,001 or more

## II. Page 1 INVESTMENTS and TRUSTS — income, value, transactions
*(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | C. Gross value at end of reporting period (1) Value Code (J-P) | (2) Value Method Code (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 1 Fidelity IRA | | Dividend | M | T | EXEMPT | | | | |
| 2 Fulbright Profit Sharing Plan | | Dividend | J | T | | | | | |
| 3 Fulbright 401k Plan | | Dividend | J | T | | | | | |
| 4 American Express IRA | | Dividend | K | T | | | | | |
| 5 American Express Cash Reserve | | Interest | J | T | | | | | |
| 6 USAA Mutual Funds | | Dividend | K | T | | | | | |
| 7 Fulbright Capital Account | | Interest | M | U | | | | | |
| 8 Frost Savings | | Interest | K | T | | | | | |
| 9 | | | | | | | | | |
| 10 | | | | | | | | | |
| 11 | | | | | | | | | |
| 12 | | | | | | | | | |
| 13 | | | | | | | | | |
| 14 | | | | | | | | | |
| 15 | | | | | | | | | |
| 16 | | | | | | | | | |
| 17 | | | | | | | | | |

/Gain Codes: A=$1,000 or less   B=$1,001-$2,500   C=$2,501-$5,000   D=$5,001-$15,000   E=$15,001-$50,000
:ol. B1, D4)   F=$50,001-$100,000   G=$100,001-$1,000,000   H1=$1,000,001-$5,000,000   H2=$5,000,001 or more

:al Codes:   J=$15,000 or less   K=$15,001-$50,000   L=$50,001-$100,000   M=$100,001-$250,000   N=$250,001-$500,000
:ol. C1, D3)   O=$500,001-$1,000,000   P1=$1,000,001-$5,000,000   P2=$5,000,001-$25,000,000   P3=$25,000,001-$50,000,000   P4=$50,000,001 or more

'al Mth Codes:   Q=Appraisal   R=Cost (real estate only)   S=Assessment   T=Cash/Market
:ol. C2)   U=Book Value   V=Other   W=Estimated

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Rodriguez, Xavier | 05/05/2003 |

## VIII.  ADDITIONAL INFORMATION OR EXPLANATIONS.

*(Indicate part of report.)*

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Rodriguez, Xavier | 05/05/2003 |

## VIII.  ADDITIONAL INFORMATION OR EXPLANATIONS.

*(Indicate part of report.)*

## CERTIFICATION

I certify that all the information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. 4, section 501 et. seq., 5 U.S.C. 7353 and Judicial Conference regulations.

Signature _____    Date _MAY 5, 2003_

Note:     Any individual who knowingly and wilfully falsifies or fails to file this report may be subject to civil and criminal sanctions (5 U.S.C. App. 4, Section 104).

---

### FILING INSTRUCTIONS

Mail original and three additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
One Columbus Circle, N.E.
Suite 2-301
Washington, D.C. 20544

# FINANCIAL STATEMENT

## NET WORTH

---

Provide a complete, current financial net worth statement which itemizes in detail all assets (including bank accounts, real estate, securities, trusts, investments, and other financial holdings) all liabilities (including debts, mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members of your household.

| ASSETS | | | | LIABILITIES | | | |
|---|---|---|---|---|---|---|---|
| Cash on hand and in banks | | | | Notes payable to banks-secured | | | |
| U.S. Government securities-add schedule | | | | Notes payable to banks-unsecured | | | |
| Listed securities-add schedule | | | | Notes payable to relatives | | | |
| Unlisted securities—add schedule | | | | Notes payable to others | | | |
| Accounts and notes receivable: | | | | Accounts and bills due | | | |
|   Due from relatives and friends | | | | Unpaid income tax | | | |
|   Due from others | | | | Other unpaid income and interest | | | |
|   Doubtful | | | | Real estate mortgages payable-add schedule | | | |
| Real estate owned-add schedule | | | | Chattel mortgages and other liens payable | | | |
| Real estate mortgages receivable | | | | Other debts-itemize: | | | |
| Autos and other personal property | | | | | | | |
| Cash value-life insurance | | | | | | | |
| Other assets itemize: | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | Total liabilities | $388,614.99 | | |
| | | | | Net Worth | $557,909.85 | | |
| Total Assets | $946,524.84 | | | Total liabilities and net worth | | | |
| CONTINGENT LIABILITIES | | | | GENERAL INFORMATION | | | |
| As endorser, comaker or guarantor None | | | | Are any assets pledged? (Add schedule) **No.** | | | |
| On leases or contracts None | | | | Are you defendant in any suits or legal actions? **No.** | | | |
| Legal Claims None | | | | Have you ever taken bankruptcy? **No.** | | | |
| Provision for Federal Income Tax 0 | | | | | | | |
| Other special debt none | | | | | | | |

**See attached.**